UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
Division: Miami

IN RE:                                    CASE NO. 14-29531-BKC-LMI
RICHARD VINNECCY,
                DEBTOR(S).
_____/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Agreed Order Granting Motion Approve Early Payoff of Chapter 13 Plan and Motion to Modify Plan (#170) dated September 20, 2018 (DE #177) was served through postage prepaid mail to the parties listed below on this 26TH day of SEPTEMBER, 2018.

By: /s/ _____
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027
(954) 443-4402

COPIES FURNISHED TO:

JOHN A. MOFFA, ESQ. (NEF)

SEE ATTACHED LIST*

Label Matrix for local noticing
113C-1
Case 14-29531-LMI
Southern District of Florida
Miami
Wed Sep 26 11:20:21 EDT 2018

Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131-1605

Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129-2386

CitiMortgage, Inc.
P.O. Box 6030
Sioux Falls, SD  57117-6030

Aurora Loan Services
Attn: Bkcy Dept.
2617 College Park
Scottsbluff, NE 69361-2294

Bmw Bank Of North Amer
2735 E Parleys Way
Salt Lake City, UT 84109-1666

Bmw Financial Services
BMW of North America, LLC
300 Chestnut Ridge Road
Woodcliff Lake, NJ 07677-7739

Capital One Auto Finance
3905 N Dallas Pkwy
Plano, TX 75093-7892

Capital One Auto Finance
8050 Dominion Pkwy
Plano, TX 75024-0100

Charles J. Malki, Esq
9174 Glades Rd
Boca Raton, FL 33434-3904

Chase
201 N. Walnut St//de1-1027
Wilmington, DE 19801-2920

Chase-pier1
Chase Card Svcs/Attn:Bkcy Dept
POB 15298
Wilmington, DE 19850-5298

Checksystems
7805 Hudson Rd #100
Woodbury, MN 55125-1703

Child Support Enforcemment
PO Box 8030
Tallahassee, FL  32314-8030

Citibank
399 Park Avenue
New York, NY 10043-0001

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank, NA
c/o Zakheim & LaVrar, PA
1045 S. University Dr #202
Plantation, FL 33324-3333

Citibank, NA (verified)
c/o Douglas L. Peterson,  COO
701 East 60 ST North
Sioux Falls, SD 57104-0493

Citibank, NA (verified)
c/o Max Lucas, CFO
701 East 60 ST North
Sioux Falls, SD 57104-0493

Citibank, NA (verified)
c/o Vikram S. Pandit, CEO
701 East 60 ST North
Sioux Falls, SD 57104-0493

Citibank/ Home Depot
2455 Paces Ferry Rd SE
#B#3
Atlanta, GA 30339-6444

City Ntl Bk/Ocwen Loan Service
Attn: Bkcy
POB 24738
West Palm Beach, FL 33416-4738

Comcast
1355 Noel Rd #2100
Dallas, TX 75240-6837

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Discover Bank
DB Servicing Corporation
PO Box 3025
New Albany, OH  43054-3025

Discover Fin Svcs Llc
POB 15316
Wilmington, DE 19850-5316

Dsnb Macys
701 E 60 Street
Sioux Falls, SD 57104-0432

ER Solutions/Convergent Outsourcing, INC
POB 9004
Renton, WA 98057-9004

East West Mortgage Company, Inc
1180 Old Tolson MIll Rd
Mclean, VA 22102-1125

Equifax
PO Box 740241
Atlanta, GA  30374-0241

FL United Radiology
1613 NW 136 Ave Bldg C #200
Sunrise, FL 33323-2896

Gmac Mortgage
POB 4622
Waterloo, IA 50704-4622

Gulf Cst Col
5630 Marquesas Cir
Sarasota, FL 34233-3331

Honorable Eric Holder
Attorney General of the United States
Dept of Justice #4400
950 Pennsylvania Ave NW
Washington, DC 20530-0009

Honorable Jeffrey H. Sloman
United States Attorney
99 NE 4 St
Miami, Fl 33132-2145

IndyMac Bank/OneWest Bank
Attn: Bkcy Department
2900 Esperanza Crossing
Austin, TX 78758-3658

IndyMac Bank/OneWest Bank
Attn:Bankruptcy Department
2900 Esperanza Crossing
Austin, TX 78758-3658

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

(p)NATIONSTAR MORTGAGE LLC
PO BOX 619096
DALLAS TX 75261-9096

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

OneWest Bank N.A.
PO Box 9013
Addison, TX 75001-9013

Pnc Bank, N.a.
1 Financial Pkwy
Kalamazoo, MI 49009-8002

Quality Patio Refinishing, LLC
18707 NE 14 Ave #628
N Miami Beach, FL 33179-4878

Small Business Adminsitration National
Disaster Loan Resolution Center
200 W Santa Ana Blvd #180
Santa Ana, CA 92701-4134

Special Assistant United States Attorney
c/o Internal Revenue Serv. Area Counsel
Claude Pepper Federal Bldg.
51 SW 1 Ave # 1114
Miami, Fl 33130-1623

Special Asst US Attorney
c/o IRS Area Counsel
1000 S Pine Island Rd #300
Plantation, Fl 33324-3910

Synchrony
GECRB/ PayPal Buyer credit
POB 105972
Atlanta, GA 30348-5972

Synchrony Bank
GECRB/ Old Navy
POB 108972
Atlanta, GA 30348-5972

Tabas, Freedman, & Soloff, P.A.
14 NE 1 Avenue, Penthouse
Miami, FL 33132-2547

US Bank, NA
c/o Kahane & Associates, PA
8201 Peters Rd #3000
Plantation, FL 33324-3292

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Visa Dept. Stores
Attn: Bky
POB 8053
Mason, OH 45040-8053

Wells Fargo
420 Montgomery Street
San Francisco, CA 94104-1298

Wells Fargo Card Ser
1 Home Campus
3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Card Services
1 Home Campus 3rd Floor
Des Moines, IA 50328-0001

Wells Fargo Hm Mortgag
POB 10335
Des Moines, IA 50306-0335

eCAST Settlement Corporation assignee of Cit
(South Dakota) NA
POB 29262
New York NY 10087-9262

John A. Moffa Esq.
1776 N Pine Island Rd #102
Plantation, FL 33322-5200

Nancy K. Neidich
www.ch13miami.com
POB 279806
Miramar, FL 33027-9806

Richard Vinneccy
3325 Frow Ave
Miami, FL 33133-5006

Stephen C Breuer
1776 N Pine Island Rd # 102
Plantation, FL 33322-5200

Timothy S Kingcade Esq
1370 Coral Way
Miami, FL 33145-2960

Yanique A Johnson
Moffa & Breuer, PLLC
1776 N. Pine Island Rd.
Suite 102
Plantation, FL 33322-5200


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Citibank NA
Attn: Centralized Bankruptcy
Pob 20363
Kansas City, MO 64195

(d)Citibank NA
Attn: Centralized Bkcy
POB 20363
Kansas City, MO 64195

Department Of The Treasury
PO Box 21126
Philadelphia, PA  19114-0326


(d)Internal Revenue Serv
Compliance Serv Insolvency
STOP 5730
7850 SW 6 Ct
Plantation, Fl 33324

Nationstar Mortgage LLC
Attn: Bankruptcy
350 Highland Dr
Lewisville, TX 75067

Us Bk Rms Cc
101 5th St E Ste A
Saint Paul, MN 55101


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Nationstar Mortgage LLC

(u)Miami

(u)Experian
PO Box


(d)Specialized Loan Servicing LLC
8742 Lucent Blvd Suite 300
Highlands Ranch, CO 80129-2386

End of Label Matrix
Mailable recipients     62
Bypassed recipients      4
Total                   66